DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MINTO PBLH, LLC,** a Florida limited liability company, and
**SEMINOLE IMPROVEMENT DISTRICT,** a special improvement
district of the State of Florida,
Appellants,

v.

**INDIAN TRAIL IMPROVEMENT DISTRICT,** a special improvement
district of the State of Florida,
Appellee.

No. 4D2024-1725

[February 5, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Senior Judge; L.T. Case No. 502020CA006322XXXXMB.

Rebecca Mercier Vargas and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., Palm Beach Gardens, and Amy Taylor Petrick and Tara W. Duhy of Lewis, Longman & Walker, P.A., West Palm Beach, for appellant, Minto PBLH, LLC.

Andrew J. Baumann and Robert P. Diffenderfer of Lewis, Longman & Walker, P.A., West Palm Beach, for appellant, Seminole Improvement District.

Bernard A. Lebedeker and Jeffrey C. Pepin of Xenick Lebedeker Pepin, West Palm Beach, F. Martin Perry of Perry & Taylor, P.A., Palm Beach Gardens, and Philip M. Burlington and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHEPHERD, JJ., concur.

\* \* \*

*Not final until disposition of timely-filed motion for rehearing.*